Chambers of
**Diane P. Wood**
Circuit Judge

Tel. 312-435-5521

June 20, 2008

Honorable Ortrie D. Smith
Chair, Committee on Financial Disclosure
Judicial Conference of the United States
One Columbus Circle, N.E.
Washington, D.C.  20544

Re:     AO10, Calendar Year 2007 Filing

Dear Judge Smith:

Upon receiving your letter of June 17, 2008, I checked into the status of the "RC2 Corporation" asset that had been listed in my report for 2006. I discovered that this was omitted in error from my 2007 report, and I apologize for the oversight. The correct information for that asset is as follows:

| A. Description | B.1 Amount | B.2 Type | C.1 Value | C.2 Method | D. Transactions |
|---|---|---|---|---|---|
| RC2 Corporation | A | Dividend | J | T | None |

I have doublechecked all of the other entries in my 2007 report, both against the 2006 report and generally, and I have not found any other errors. Again, I am sorry for the inconvenience.

Sincerely yours,



Diane P. Wood

| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2007 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) WOOD, DIANE P | 2. Court or Organization U.S. Court of Appeals, 7th Cir | 3. Date of Report 05/08/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Circuit Judge (Active) | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2007 to 12/31/2007 |
| 7. Chambers or Office Address 2688 U.S. Courthouse 219 S. Dearborn Street Chicago, IL 60604-1818 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Senior Lecturer in Law | The University of Chicago Law School |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 MAY -9 P 4: 13 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | University of Chicago Salary (Total) | $ 25,200.00 |
| 2. 2007 | West Services, Inc. (Book Royalties) | $ 5,129.52 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | Northwestern Feinberg School of Medicine - Professor of Neurology |
| 2. 2007 | Self Employed Health Care Consultant - Expert Neurologist |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Society of International Law | 01/24/2007 | Washington, D.C. | Advisory Board Meeting | T, F |
| 2. | American Law Institute (ALI) | 01/30-31/2007 | Tampa, Floria | Nominating Comm. Mtg. | T, L, F |
| 3. | George Washington University Law School | 01/31-02/02/2007 | Washington, D.C. | Van Vleck Moot Court | T, L, F |
| 4. | Indiana University School of Law | 02/23-02/24/2007 | Bloomington, Indiana | Sherman Minton Moot Court | T, L, F |
| 5. | University of Texas | 03/24/2007 | Austin, Texas | TX Law Rev.Assn. Bd. Mtg | T |

| Name of Person Reporting | Date of Report |
|---|---|
| WOOD, DIANE P | 05/08/2008 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | University of Wisconsin Law School | 04/27-28/2007 | Madison, Wisconsin | Thomas E. Fairchild Lectu | T, L, F |
| 7. | University of Chicago Law School | 5/13-15/2007 | San Francisco, California | ALI Annual Meeting | T, L, F |
| 8. | Asociacion Conciencia, Center for Civic Education | 05/15-20/2007 | Buenos Aires, Argentina | Civitas World Conference | T, L, F |
| 9. | American Association of Law Schools (AALS) | 06/18-20/2007 | Vancouver, British Columb | Jt. AALS & ASIL Conf. | T, L, F |
| 10. | University of San Diego Institute on International & Comparative Law | 07/06 to-08/02/2007 | Paris, France | Instructor - Summer Prog. | T, L, F |
| 11. | American Law Institute (ALI) | 10/04-05/2007 | Austin, Texas | Panelist - Seminar | T, L, F |
| 12. | American Law Institute (ALI) | 10/18-19/2007 | New York, New York | ALI Council Meeting | T, L, F |
| 13. | Howard University School of Law | 10/25-26/2007 | Washington, D.C. | W.A. Branton Symposium | T, L, F |
| 14. | Duke University School of Law | 11/05-06/2007 | Durham, N.C. | Law School Speaker | T, L, F |
| 15. | Houston Bar Association | 11/15/2007 | Houston, Texas | Luncheon Speaker | T, F |

| Name of Person Reporting | Date of Report |
|---|---|
| WOOD, DIANE P | 05/08/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Union League Club of Chicago | Reduced Fee Membership | $ 1,980.00 |
| 2. | West Publishing Co. | Complimentary Second Set of F3d | $ 1,919.89 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOOD, DIANE P | 05/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Teachers Insurance & Annuity Assn. (TIAA) | | None | N | T | | | | | |
| 2. College Retirement Equities Fund (CREF) | | None | O | T | | | | | |
| 3. Harris Bank of Chicago | A | Interest | J | T | N/A | | | | |
| 4. Charter One Bank | A | Interest | J | T | N/A | | | | |
| 5. Chase Bank | C | Interest | M | T | | | | | |
| 6. Acura Pharmaceuticals, Inc. | A | Dividend | J | T | | | | | |
| 7. ADC Telecommunications | A | Dividend | J | T | | | | | |
| 8. Ameriprise 403(b) | | None | L | T | | | | | |
| 9. Avanir Pharmaceuticals | A | Dividend | J | T | | | | | |
| 10. Baird Insured Deposit | B | Interest | K | T | | | | | |
| 11. Bristol Myers | A | Dividend | J | T | | | | | |
| 12. Diomed Holdings | A | Dividend | J | T | | | | | |
| 13. Fastenal | B | Dividend | L | T | | | | | |
| 14. Fidelity NMFF 457(b) | | None | K | T | | | | | |
| 15. Fidelity Northwestern 403(b) | | None | O | T | | | | | |
| 16. FRDXX Fidelity Cash Reserves | C | Interest | L | T | | | | | |
| 17. CLSPX Columbia Mid Cap Growth Cl Z | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOOD, DIANE P | 05/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. FDVLX Fidelity Value | | None | M | T | | | | | |
| 19. OBHGX Old Mutla Growth Fund Cl Z | | None | L | T | | | | | |
| 20. Stock: SLGLF Silverado Gold Mines Ltd. (hldg of Fidelity IRA | | None | J | T | | | | | |
| 21. FLPSX Fidelity Low Priced Stock Fund | | None | K | T | | | | | |
| 22. GE | A | Dividend | J | T | | | | | |
| 23. Jacuzzi Brands, Inc. | | None | | | Sell | 02/07 | J | A | |
| 24. M & I (Marshall & Ilsley) Bank | A | Interest | J | T | | | | | |
| 25. Midwest Air | A | Dividend | J | T | | | | | |
| 26. Multilink Telecommunications | A | Dividend | J | T | | | | | |
| 27. Silverado Gold Fields | A | Dividend | J | T | | | | | |
| 28. Sun Microsystems | A | Dividend | J | T | | | | | |
| 29. W & T Offshore | A | Dividend | J | T | | | | | |
| 30. Walmart de Mexico | A | Dividend | K | T | | | | | |
| 31. Wells Fargo | D | Dividend | M | T | | | | | |
| 32. Whole Foods | C | Dividend | M | T | | | | | |
| 33. Zimmer Medical Holdings | A | Dividend | J | T | | | | | |
| 34. Rental House, Madison, Dane County, Wisconsin-See Part VIII | D | Rent | N | S | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOOD, DIANE P | 05/08/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART VII. Investments and Trusts.

NOTE: The TIAA and CREF accounts reported in Part VII are not income-producing. The value of accumulations in each either increases or decreases depending on the market and the amount of premiums paid in.

31. Rental house, Madison, Dane
County, Wisconsin, assessed
value for 2007 : $276,800.00

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544